Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: mtcecil@hollandhart.com
       smschwartz@hollandhart.com

*Attorneys for Defendant*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KOHLER,<br><br>                Plaintiff,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, L.L.C.,<br><br>                Defendant. | **CASE NO.: 2:19-cv-00272-JAD-NJK**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff John Kohler and Defendant Check City Partnership, L.L.C., by and through their attorneys of record, that Defendant's time to respond to the Complaint (ECF No. 1) will be extended from March 8, 2019 to March 22, 2019.

/ / /

/ / /

/ / /

/ / /

1

| HKM EMPLOYMENT ATTORNEYS, LLP | HOLLAND & HART LLP |
|---|---|
| /s/ Marta D. Kurshumova | /s/ Matthew T. Cecil |
| Jenny L. Foley, PhD., Esq.<br>Nevada Bar No. 9017<br>Marta D. Kurshumova, Esq.<br>Nevada Bar No. 14728<br>1785 East Sahara, Suite 300<br>Las Vegas, NV 89104 | Matthew T. Cecil, Esq.<br>Nevada Bar No. 9525<br>Susan M. Schwartz, Esq.<br>Nevada Bar No. 14270<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED**

DATED_____March 8___, 2019

_____
United States Magistrate Judge

2