**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KOHLER, An Individual ) | CASE NO. 2:19-cv-00272-JAD-NJK |
| )  Plaintiff, ) | |
| ) vs. ) | |
| ) CHECK CITY PARTNERSHIP, L.L.C., a ) Domestic Limited-Liability Company, ) DOES I -X; and ROE CORPORATIONS I - ) X, ) Defendants. ) ) | |

### STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION
### (FIRST REQUEST)

COMES NOW, the Plaintiff, JOHN KOHLER ("John Kohler"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, CHECK CITY PARTNERSHIP, L.L.C., a Domestic Limited-Liability Company, ("Check City"), by and through their attorney, MATTHEW T. CECIL, ESQ., of HOLLAND & HART LLP and hereby stipulate and agree as follows:

1.  That the Early Neutral Evaluation currently set for June 5th, 2019, be moved to June 21, 2019, or another day thereafter that the Court deems proper (except June 24, 2019

through June 28, 2019).  The ENE brief will be submitted to chambers no less than one week before the ENE date.  The parties will otherwise comply with the requirement of the ENE brief set forth in ECF No. 10.

      2.     This request for an extension of time is made in good faith and not for purpose of delay. The request is due to Plaintiff's counsel already being scheduled for another Court hearing on June 5th, 2019 at the same time that was already scheduled a month ago.

Dated this 2nd day of May, 2019.

**HKM Employment Attorneys LLP**

*/s/ Jenny Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89104

Dated this 2nd day of May, 2019.

**Holland & Hart LLP**

*/s/ Mathew Cecil*
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
9555 Hillwood Dr., 2nd Floor
Las Vegas, Nevada 89134

**ORDER**

The Court having reviewed the foregoing **STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION** in the above-entitled matter and for good cause appearing therefore,

**IT IS SO ORDERED** that the Early Neutral Evaluation currently set for June 5th, 2019, will be moved to 9:00 a.m. June 21, 2019, as the Court deems proper.

**IT IS FURTHER ORDERED** that confidential statements shall be due no later than June 14, 2019.

Dated: May 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*