UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN KOHLER,<br><br>                Plaintiff,<br>v.<br>CHECK CITY PARTNERSHIP, L.L.C.,<br><br>                Defendant. | Case No. 2:19-cv-00272-JAD-NJK<br><br>ORDER<br><br>(Stip Cont ENE – ECF No. 20) |

Before the court is the parties' Stipulation to Continue Early Neutral Evaluation Session (ECF No. 20) which is currently scheduled for June 5, 2019 at 9:00 a.m. The parties are requesting to continue the Early Neutral Evaluation Session ("ENE") to a date after August 1, 2019.

The purpose of an ENE is for the assigned magistrate judge to give the parties a candid evaluation of the merits of their claims and defenses *early* in the case. LR 16-6(d) states that "unless good cause is shown, the ENE session must be held by the court not later than 90 days after the first responding party appears in this case."

Defendant filed its Answer (ECF No. 8) March 22, 2019, and the court initially set the ENE in this case for June 5, 2019 within the 90-day deadline. On May 2, 2019, the parties stipulated to continue the ENE as there was a conflict in calendaring. The court reset the ENE to June 21, 2019—1 day after the 90-day deadline. The parties now seek to continue the ENE to some time *after* August 1, 2019—almost 45 days after the 90-day deadline. Discovery in this matter is set to expire September 18, 2019.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The parties' Stipulation to Continue Early Neutral Evaluation Session (ECF No. 20) is **GRANTED in part** and **DENIED in part**.

1

2. The Stipulation (ECF No. 20) is **GRANTED** to the extent that the court will continue the date for the ENE to either June 24, 2019, July 8, 2019, or July 15, 2019. The parties shall meet and confer to figure out which date works best for all parties. The parties shall file a stipulation no later than **June 20, 2019** continuing the date to one of the above dates. Alternatively, the parties may file a joint status report advising the court if none of the above dates work for the parties.

3. The Stipulation (ECF No. 20) is **DENIED** as to continuing the ENE to a date after August 1, 2019.

DATED this 11th day of June, 2019.

									_____
									BRENDA WEKSLER
									UNITED STATES MAGISTRATE JUDGE