Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive
2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: mtcecil@hollandhart.com
        smschwartz@hollandhart.com

*Attorneys for Defendant*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN KOHLER,

        Plaintiff,

v.

CHECK CITY PARTNERSHIP, L.L.C.,

        Defendant.

**CASE NO.: 2:19-cv-00272-JAD-NJK**

**STIPULATION TO NOTIFY THE COURT ABOUT NEUTRAL EVALUATION SESSION (ECF No. 21)**

WHEREAS, on June 11, 2019 the Court identified June 24, 2019, July 8, 2019, and July 15, 2019, as potential dates for the Parties to participate in the Early Neutral Evaluation, and the Court further directed the Parties to file a stipulation to continue the ENE to one of those three dates. (ECF No. 21)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Now therefore, the Parties through their counsel of record stipulate to continue the ENE to July 15, 2019.

**IT IS SO STIPULATED** this 14th day of June, 2019.

**HKM EMPLOYMENT ATTORNEYS, LLP**

/s/     *Marta D. Kurshumova*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
Marta D. Kurshumova, Esq.
Nevada Bar No. 14728
1785 East Sahara, Suite 300
Las Vegas, NV 89104

*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

/s/     *Matthew T. Cecil*
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that confidential mediation statements are due **July 8, 2019.**

DATED _____ June 18 _____, 2019.

United States Magistrate Judge

HOLLAND & HART LLP
9555 HILLWOOD DRIVE 2ND FLOOR
LAS VEGAS, NV 89134

13118968_1