**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KOHLER, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHECK CITY PARTNERSHIP, L.L.C., a Domestic Limited-Liability Company, DOES I -X; and ROE CORPORATIONS I - X. <br><br> Defendant. | **CASE NO.: 2:19-cv-00272-JAD-NJK** <br><br> **JOINT STATUS REPORT** |

Plaintiff John Kohler, by and through his attorneys of record, HKM Employment Attorneys, LLP and Defendant Check City Partnership, LLC by and through its attorneys of record, Holland & Hart, LLP, hereby submit the following Joint Status Report as required by the Court's minute order of July 19, 2019. Per the Court's order, the parties have conferred regarding the status of this litigation and submit the following statement.

On July 17, 2019, the Parties agreed to resolve Plaintiff's claim and informed the Court of the same on July 19, 2019. On August 1, 2019, Mr. Cecil sent a copy of the Settlement Agreement to Ms. Kurshumova who, in turn, after reviewing it e-mailed it to Mr. Kohler on

August 7, 2019.  HKM Employment Attorneys LLP have had intermittent communication with Mr. Kohler due to him living out of state.  Ms. Kurshumova has confirmed that Mr. Kohler had received and reviewed the Settlement Agreement and expects Mr. Kohler to send an executed copy in the next couple of days.

The Parties respectfully request that the Court give Plaintiff one more week to finalize the settlement paperwork.

| HKM EMPLOYMENT ATTORNEYS, LLP | HOLLAND & HART LLP |
|---|---|
| /s/   Marta D. Kurshumova<br>Jenny L. Foley, Ph.D., Esq.<br>Nevada Bar No. 9017<br>Marta D. Kurshumova, Esq.<br>Nevada Bar No. 14728<br>1785 East Sahara, Suite 300<br>Las Vegas, NV 89104<br>*Attorneys for Plaintiff* | /s/ Matthew T. Cecil<br>Matthew T. Cecil, Esq.<br>Nevada Bar No. 9525<br>Susan M. Schwartz, Esq.<br>Nevada Bar No. 14270<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>*Attorneys for Defendant* |

**IT IS SO ORDERED**

**DATED: August 26, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**