Matthew T. Cecil
Nevada Bar No. 9525
Susan M. Schwartz
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
mtcecil@hollandhart.com
smschwartz@hollandhart.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KOHLER,<br><br>    Plaintiff,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, L.L.C.,<br><br>    Defendant. | Case No.: 2:19-cv-00272-JAD-NJK<br><br>**STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE**<br><br>ECF No. 30 |

    Plaintiff John Kohler, by and through his attorneys of record, HKM Employment Attorneys, LLP, and Defendant Check City Partnership, LLC, by and through its attorneys of record, Holland & Hart, LLP, hereby stipulate and respectfully request the Court order that this matter, Case Number 2:19-cv-00272-JAD-NJK and the Complaint filed therein, be dismissed in its entirety with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party shall bear its own fees and costs incurred in this dispute

**IT IS SO STIPULATED** this 26th day of August, 2019.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS, LLP** | **HOLLAND & HART LLP** |
| */s/ Marta D. Kurshumova* <br> Jenny L. Foley, Ph.D., Esq. <br> Nevada Bar No. 9017 <br> Marta D. Kurshumova, Esq. <br> Nevada Bar No. 14728 <br> 1785 East Sahara, Suite 300 <br> Las Vegas, NV 89104 | */s/ Matthew T. Cecil* <br> Matthew T. Cecil, Esq. <br> Nevada Bar No. 9525 <br> Susan M. Schwartz, Esq. <br> Nevada Bar No. 14270 <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 28, 2019

13437077_v1  80810.0021

2